# ELECTRONIC RECORD

COA # 05-12-01413-CR          OFFENSE: 29.03

STYLE: Erik Jamal Jackson v. The State of Texas          COUNTY: Dallas

COA DISPOSITION:          AFFIRM          TRIAL COURT: Criminal District Court No. 1

DATE: 12/31/2014          Publish: NO          TC CASE #: F-1163319-H

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Erik Jamal Jackson v. The State of Texas          CCA #: 127-15

____PRO SE____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

____REFUSED____          JUDGE: _____

DATE: 04/29/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**